**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01360-CV

### JEROME SANDBERG, Appellant

### V.

### STMICROELECTRONICS, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14938**

## ORDER

Before the Court is appellant's March 25, 2019 second motion for extension of time to file his brief and appellee's response opposing the motion. We **GRANT** the motion and extend the time to **April 29, 2019**. We caution appellant that further extension requests will be disfavored.

/s/      KEN MOLBERG
         JUSTICE